IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIO ORENGO : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 16-4635 |
| BERKEL & COMPANY CONTRACTORS, INC. : | |

**O R D E R**

**AND NOW**, this  28th  day of  December , 2016, upon consideration of Plaintiff's Motion for Joinder pursuant to Rule 19 (ECF No. 14) and Plaintiff's Motion to Amend to add a claim of negligent entrustment (ECF No. 15) and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion for Joinder pursuant to Rule 19 is **DENIED** and the Motion to Amend to add a claim of negligent entrustment is **GRANTED**.

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**